# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                  NO. 2021 KW 0780

VERSUS

AARON KITZLER                                       **OCTOBER 1, 2021**

---

In Re:   Aaron Kitzler, applying for supervisory writs, 22nd
         Judicial District Court, Parish of Washington, No. 13-
         CR8-122103.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED.**

                              PMc
                              JEW
                              MRT

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
       FOR THE COURT